AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of New York

United States of America )
v. ) Case No. 24-CR-6085-FPG
RADHAMES CANDELARIO-LOPEZ, )
)
_____ )
*Defendant* )

FILED
AUG 29 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 08/29/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

MICHAEL P. SCHIANO, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

HON. FRANK P. GERACI, JR., U.S.D.J.
*Judge's printed name and title*