IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

RADHAMES CANDELARIO-LOPEZ,

Defendant.

24-CR-6085-FPG

**INFORMATION**
(Felony)

**Violation:**
21 U.S.C. § 846

(1 Count)

*FILED AUG 29 2024 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

## COUNT 1

**(Narcotics Conspiracy)**

**The United States Attorney Charges That:**

Between in or about April 2023, and on or about January 17, 2024, the exact dates being unknown to the United States Attorney, in the Western District of New York, and elsewhere, the defendant, **RADHAMES CANDELARIO-LOPEZ**, did knowingly and intentionally combine, conspire, and agree with others, known and unknown to the United States Attorney, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 40 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**All in violation of Title 21, United States Code, Section 846.**

DATED: Rochester, New York, August 29, 2024.

                        TRINI E. ROSS
                        United States Attorney

BY: _____
                        ROBERT A. MARANGOLA
                        Assistant United States Attorney
                        United States Attorney's Office
                        Western District of New York
                        100 State Street, Suite 500
                        Rochester, NY 14614
                        585/263-6760
                        Robert.marangola@usdoj.gov